# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2026
Lower Tribunal No. F20-10695

————————

## Cezar Sawyer,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.